# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**GERLIN HARRIST,**

    **Petitioner,**

**vs.**                        **Case Number 4:06cv287-WS/WCS**

**ALBERTO GONZALES,**
**et al.,**

    **Respondents.**

                          /

## REPORT AND RECOMMENDATION

This case was initiated on June 14, 2006, doc. 1, with the filing of a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner sought release from custody pursuant to Zadvydas v. Davis, 533 U.S. 678 (2001). *Id.*

Service was ordered on July 13, 2006, and Respondents directed to file a response. Doc. 7. On September 8, 2006, Respondents filed a motion to dismiss the petition asserting that Petitioner "was removed from the United States to Haiti on August 28, 2006." Doc. 11 Thus, Respondents contend the petition should be dismissed as moot.

In light of the demonstration that Petitioner has been granted the relief sought, release from custody, it appears that the petition is legally moot and there is no longer a

case or controversy between the parties.  Respondent's motion to dismiss, doc. 11, should be granted.

It is respectfully **RECOMMENDED** that Petitioner Gerlin Harrist's § 2241 petition, doc. 1, should be **DISMISSED as moot** as Petitioner has been released from Respondents' custody.

**IN CHAMBERS** at Tallahassee, Florida, on September 14, 2006.


   s/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.